STATE of Missouri, Respondent,

v.

**Kirk D. JOHNSEN, Appellant.**

**WD 78697**

Missouri Court of Appeals, Western District.

FILED: July 26, 2016

Dora Fitcher, Jefferson City for respondent.

Amy M. Bartholow, Columbia for appellant.

BEFORE DIVISION THREE: VICTOR C. HOWARD, PRESIDING JUDGE, LISA WHITE HARDWICK AND JAMES E. WELSH, JUDGES

### ORDER

PER CURIAM

Kirk Johnsen appeals from his conviction for possession of a controlled substance. He contends that the evidence was insufficient to support his conviction, because the State failed to prove that he possessed marijuana recovered from a vehicle in which he was a passenger. For reasons explained in Memorandum provided to the parties, we find no error and affirm the conviction.

AFFIRMED. Rule 30.25(b).